# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Paul L. Stefano, Jr. and Lori Anne Stefano<br><br>Debtor(s)<br><br>Richland Meadows, or its Successor or Assignee<br>Movant<br>vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Paul L. Stefano, Jr. and Lori Anne Stefano<br>Respondent(s) | Chapter 13<br>Bankruptcy No. 25-11994-amc |

## MOTION OF RICHLAND MEADOWS, OR ITS SUCCESSOR OR ASSIGNEE FOR RELIEF FROM AUTOMATIC STAY UNDER ' 362(a)

Movant: Richland Meadows, or its Successor or Assignee

1. Richland Meadows, or its Successor or Assignee (hereinafter "Movant") is the owner and landlord of the property located at: 232 Yankee Road - Lot 310, Quakertown, Pennsylvania 18951 (the "Lease Premises).

2. The Leased Premises is currently occupied by the Debtor pursuant to that Residential Lease dated October 18, 2017 (the "Lease"). A copy of the Lease is attached hereto as **Exhibit A.**

3. Paul L. Stefano, Jr. and Lori Anne Stefano (hereinafter "Debtors") filed a Petition under Chapter 13 on May 20, 2025.

4. Pursuant to Debtor's Chapter 13 Plan filed on June 16, 2025 (the "Plan"), Debtor intends on assuming the Lease and all ongoing obligations thereunder.

5. Pursuant to the Lease, Debtors are required to pay monthly rent in the amount of $630.00 to Movant.

6. Based on the filing date of Debtors' Petition and pursuant to the terms of the Lease, Debtors were obligated to pay post-petition rents beginning June 1, 2025.

7. Debtors are in default of post-petition payments from June 1, 2025 to the present date. The total amount of the post-petition arrearage as of this date is $1,496.80. This figure is broken down as follows:

- Two (2) rent payments in the amount of $630.00 each due for June 1, 2025 through July 1, 2025 in the total amount of $1,260.00
- Late charges totaling $226.80
-

      8.    Since June 1, 2025, Movant has incurred attorneys' fees and costs in connection with this Motion.

    WHEREFORE, Movant prays for an order modifying the automatic stay of Bankruptcy Code §362(a) to permit Movant to commence and/or continue evicting Debtors from the property or any other appropriate state remedies; and

    Further, granting Movant permission from this Honorable Court to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable nonbankruptcy law.

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Richland Meadows
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com