# EXHIBIT A

**RICHLAND MEADOWS**
**RENTAL AGREEMENT**

THIS LEASE AGREEMENT, made the <u>Eighteenth</u> day of <u>October,</u> 2017.

BETWEEN <u>RICHLAND MEADOWS</u> in the County of <u>Bucks</u> and State of Pennsylvania, herein designated as the Lessor;

AND <u>Lori & Paul Stefano</u> residing or located at <u>RICHLAND MEADOWS MANUFACTURED HOME COMMUNITY</u> in the County of BUCKS and State of PENNSYLVANIA, herein designated as the Lessee;

WITNESSETH THAT, the Lessor does hereby lease to the Lessee and the Les<u>see</u> <u>does hereby rent from the Lessor of the following described premises:  Lot No. 310</u> <u>RICHLAND MEADOWS MANUFACTURED HOME COMMUNITY</u>, <u>Richland Township</u> <u>Bucks</u> County, Pennsylvania, for a term of <u>Two (2) Months & Nineteen (19) Days</u> commencing on <u>October 18, 2017</u>, and ending on December 31, <u>2017</u>, to be used and occupied only and for residential purposes and for no other purpose. After the expiration of the initial lease period this lease, with all the conditions and covenants thereof, shall continue for the additional term of one (1) month and so on from month to month until terminated by either party giving to the other thirty (30) days written notice of intention to terminate said lease at the expiration of the then current term.

UPON THE FOLLOWING CONDITIONS AND COVENANTS:

1st.  The Lessee covenants and agrees to pay to the Lessor as rent for and during the term hereof in the following manner:

By the payment of the sum of ==$3,000.00== on ==October 18, 2017== six months in advance, paying ==November 2017 thru April 2018==.  Rent is due the First of each month thereafter. Rent is to be paid at the office of the Lessor or at any other office or offices as directed by the Lessor in writing.  In addition to the rental sum, the Lessee shall pay such other fees, charges and assessments as are set forth in the rules and regulations.

2nd.  The Lessee shall take good care of the premises and shall maintain the premises in good condition, and upon vacating the premises either at the expiration of the term or for other reasons, shall deliver the rented premises in good order and condition; wear and tear from a reasonable use thereof and damage by the elements not resulting from the neglect or fault of the Lessee excepted.  The Lessee shall neither encumber nor obstruct the sidewalks, driveways or yards, but shall keep and maintain the same in a

1

clean condition, free from debris, trash, refuse, snow and ice. Lessee further agrees to maintain the premises so that grass or other ground cover, excluding shrubs, bushes, trees and flowers shall not be permitted to exceed three inches in height.

    3rd. The Lessee agrees to and shall save, hold and keep harmless and indemnify the Lessor from and for any and all payments, expenses, costs, attorney fees and from and for all claims and liabilities for losses or damages to property or injuries to persons occasioned wholly or in part by or resulting from any act or omissions by the Lessee or the Lessee's guests, licensees, invitees or for any cause or reason whatsoever arising out of or by reason of the occupancy by the Lessee.

    4th. The Lessee may not sublet the premises or any portion or part thereof. The Lessee may sell the manufactured home belonging to the Lessee, if the manufactured home is to remain in the community with a new owner, written approval of the new owner by Lessor is required and this approval must be obtained prior to sale. Home must be inspected by management before sale takes place.

    5th. If the demised premises shall be taken under eminent domain or condemnation proceedings, or if the Lessor conveys the said premises to any governmental authorities seeking to take said premises or if there is a change in the use of the park land, or parts thereof, or termination of the park, then this lease, at the option of the Lessor, shall terminate and the term hereof shall end as of such date as the Lessor shall fix by notice. Lessee shall have no claim nor interest in the compensation received by Lessor for such taking.

    6th. If the Lessee shall fail to comply with any conditions and covenants hereof, the Lessor may perform such conditions and covenants, at the cost and expenses of the Lessee, and the said cost and expense shall be added to the next installment of rent and shall be payable as such.

    7th. The Lessee agrees that the Lessor and the Lessor's agents, employees or other representatives, shall have the right to enter into and upon the said premises consisting of the lot which is the subject of the lease, or any part thereof, at all reasonable hours, for the purpose of examining the same or making such repairs or alterations therein as may be necessary for the safety and preservation thereof. This clause shall not be deemed to be a covenant by the Lessor nor be construed to create an obligation on the part of the Lessor to make such inspection or repairs.

    8th. All goods and personal property of any kind in or upon the leased premises shall be the sole responsibility of the Lessee, and in no event shall Lessor be liable for any loss or damage to said goods or property for any reason whatsoever.

    9th. Lessor shall not be liable for failure to give possession of the leased property

2

to the Lessee upon the effective date of this lease. In such event, rental payments and other fees, charges or assessments shall not commence until possession is given to, or is made available to the Lessee, and the term of the lease shall be extended accordingly.

    10th. Any equipment, fixtures, goods, or other property of the Lessee not removed by the Lessee upon any quitting, vacating or abandonment of the premises by the Lessee, or upon the Lessee's eviction, shall be considered as abandoned and the Lessor shall have the right, without any notice to the Lessee, to sell or otherwise dispose of the same at the expense of the Lessee and shall not be accountable to the Lessee for any part of the proceeds of such sale, if any.

    11th. The Lessor shall not be liable for any damage or injury which may be sustained by the Lessee or any other person as a consequence of the failure, breakage, leakage or obstruction of the water, sewer, waste or soil pipes or the electrical, gas or oil system; or by reason of the elements; or resulting from the carelessness, negligence or improper conduct on the part of any other Lessee or Lessor or the Lessor's or this or any other Lessee's agents, guests, licensees, invitees, sublessees, assignees or successors, or attributable to any interference with interruption of or failure beyond the control of the Lessor, of any services to be furnished or supplied by the Lessor.

    12th. The various rights and remedies of the Lessor expressed herein are cumulative and the failure of the Lessor to enforce any such right or remedy at any time against the Lessee shall not constitute a waiver thereof.

    13th. Lessee shall pay all county, municipal and school district real estate taxes assessed and levied against his home and personal property and shall furnish Lessor, when requested, with proof of payment of same. Failure to pay such taxes, when due shall be a violation of this lease, rules and regulations, if any, and constitute default hereunder.

    14th. Upon termination of this lease, Lessee may remove his home on or before termination date, after first obtaining the necessary removal permit from the local tax office, and shall display the permit to Lessor before commencing removal of this unit.

    15th. The Lessee shall conform to all rules and regulations made by the Lessor for the use and government and management of this manufactured home community to protect the entire premises of the Lessor and to further the general comfort and welfare of all of the occupants, which rules and regulations, and any changes thereto hereafter adopted, are attached hereto and incorporated herein by reference, and made a part hereof, and are covenants and conditions of this lease, the same as if fully set forth herein. Lessor shall furnish Lessee with notice of all changes in said rules and regulations. Lessee acknowledges receipt of a copy of such regulations concurrent with execution of this lease.

3

    16th. Attached hereto and made a part hereof is a copy of a NOTICE require by Pennsylvania Act 261 of 1976. If any conflict exists between provision of Act 261 or the NOTICE, and provisions of this lease, the Act and NOTICE control. Lessee acknowledges receipt of a copy of the NOTICE concurrent with the execution of this lease.

    17th. If Lessee continues in possession of said premises after expiration if said term, such holding over may be deemed a renewal of this lease agreement on a month-to-month basis and subject to all conditions and covenants herein contained, except that the Lessor reserves the right to increase the rent upon 30 days advance notice thereof. Successive renewals shall occur on the same basis, absent prior notice by either party.

    18th. The lease and the aforesaid rules and regulations constitute the entire agreement between the parties and same is not subject to any oral modification. Further, this agreement shall be legally binding upon the parties hereto; and their respective heirs, successors and assigns. If any information provided by the Lessee, whether by way of background, financial or otherwise, which has induced the Lessor to enter into this lease, is found by the Lessor and upon notice to the Lessee, be null and void and the Lessee shall be considered a trespasser.

    19th. In the event the Lessee shall be evicted from the premises for nonpayment of rent and/or violation of rules and regulations, Lessee shall be responsible for all costs incurred by the Lessor including but not limited to court costs and attorney fees.

    IN WITNESS WHEREOF, the parties, or their authorized representatives, have hereunto set their hands and seals the date and year first above written.

In the presence of:

**LESSEE:**

X _[signature]_
Lori Stefano
Date: 10/18/17

X _[signature]_
Paul Stefano
Date: 10/18/17

**LESSOR:**
**RICHLAND MEADOWS**

By: X _[signature]_
Rose M. Williams

Date: 10/18/17

4

# RICHLAND MEADOWS
## GUIDELINES FOR COMMUNITY LIVING
## RULES & REGULATIONS

**Last Revised: October 12, 2023**

### Section 1. RENTS

1.1 All rents are due in advance and on the first of each month (except when the first is a Saturday or Sunday or legal holiday, it will be due the following workday). After the 5th of the month a 10% late charge will be added. If rent is not paid by the 15th of the month an extra $15.00 will be added to the late charge. A $25.00 fee will be charged for checks returned for insufficient funds.

### Section 2. RENTED SPACE

2.1 The rented space shall be used for the parking of a manufactured home. It is mutually understood for the purpose of this agreement that said manufactured home is personal property and not realty.

### Section 3. SECURITY DEPOSIT

3.1 A security deposit of one month rent will be assessed. This security deposit will be refunded when residents vacate premises and lot is in satisfactory condition.

### Section 4. SUBLETTING

4.1 Residents may not sublet the premises or any portion or part thereof.

### Section 5. OCCUPANCY

5.1 At least one person on the title must be residing in the home.
A new resident must be registered at the office immediately. Any guest staying longer than 30 days shall be considered a new resident.

5.2 A new resident must come into the office and complete the proper applications and show satisfactory credit rating and background check prior to final approval. Background check applies to anyone over the age of 18 living in the home.

5.3 Residents assume all responsibilities of any kind associated with their personal property(s) or person(s) in connection with occupancy, including guests or

1

residents. Residents shall be liable for any damage done or caused by guests or residents.

## Section 6. SELLING

**6.1** **RIGHT OF FIRST REFUSAL.** Resident hereby grants to Landlord the right of first refusal to purchase the Home, upon the following terms and conditions. If at any time during the term of this Lease, including any renewal, Resident receives a bona fide offer from a third party to purchase the Home, which offer Resident desires to accept, Resident shall promptly deliver to Landlord a copy of such offer, and Landlord may, within [fifteen (15)] days after such delivery, elect to purchase the Home on the same terms as those set forth in the third-party offer. If Landlord elects to purchase the Home, settlement shall take place no later than [forty-five (45)] days after such election. If Resident fails to comply with the provisions of this Paragraph, Landlord shall have all remedies available at law or in equity.

**6.2** The resident may sell their home, however, written approval by the management is required if the new buyer intends to remain in Richland Meadows.

**6.3** If a home is sold to a buyer who is not approved by the management, the sale will be valid, but the new purchaser will not be considered a resident, and the home will be required to be removed from the community immediately.

**6.4** No one will be approved to buy a home in Richland Meadows and continue as a resident unless the procedures outlined below are followed.

## Section 6A PROCEDURES FOR SELLING:

**6A.1** **Notification:** Resident/Seller must notify the management of the impending sale thirty (30) days prior to said sale.

**6A.2** **Fee:** An inspection fee of fifty ($60.00) dollars must be paid with notification.

**6A.3** **Inspections:** The home must be inspected and be in compliance with all of the standards and regulations contained in the Richland Meadows Regulations. The inspection checklist attached to these regulations will be used and the items contained therein are made a part of these regulations.

**6A.4** **Repairs:** If the home does not meet all community standards and requirements, sale of home will not be approved. Resident will be informed and given thirty days to correct all necessary items. Any repair necessitated by the aforesaid inspection to bring the home into compliance with the regulations shall be undertaken at lessee's sole expense.

2

**6A.5   Application:**   All <u>new</u> residents must apply for occupancy- See Section 5.

**6A. 6  Signs:**   There shall be a limit of one "For Sale" sign per home. The sign must be professionally printed, approved by the Community Manager and may only be displayed in the window of the home or on the deck or steps of the home. Not other signs are permitted.

**Section 7.      CARE OF SITE AND USE RESTRICTIONS**

**7.1**   Please avoid trespassing on another resident's lot.

**7.2**   Painting of rocks and boulders and hanging lines from trees is prohibited.

**7.3**   Loud parties will not be allowed nor loud music.

**7.4**   Tenants are prohibited from erecting fences. Tarps are not permitted.

**7.5**   Each resident shall provide and maintain a fire extinguisher at such place in his home as to be always readily accessible. Each resident shall also provide a smoke detector to be placed at some central location within the home.

**7.6**   Any new homes entering Richland Meadows must be fully served by electric utilities. Flammable fuels may not be stored in Richland Meadows, except as provided below:

Bottled gas limited to 120 pounds; 5 gallons or less can be kept tightly covered, always. All fuel oil tanks must be a 275-gallon Roth Tank. The tank must be kept in good condition with no weeds or grass touching the underside of the tank.

Outdoor, open, and bonfires are prohibited for the burning of refuse, leaves, or other materials. Fireworks are not permitted.

**7.7**   Use of any type of weapons including, BB guns, bow and arrow, pellet guns and air rifles are prohibited in Richland Meadows.

**7.8**   Operating any type of business is prohibited in Richland Meadows.

**7.9**   Residents are permitted to invite to their homes such vendors as tradesmen, deliverymen, or suppliers of various goods and services and to purchase goods and services from a vendor of the resident's own choosing.

**7.10**   The owners and management of Richland Meadows shall not be liable for any damage or injury which may be sustained by the resident or any other person, as a consequence of failure, breakage, leakage, or obstruction of the water, sewer, waste or soil pipes or the electrical, gas or oil systems; or by reason of the elements; or resulting from the carelessness, negligence or improper conduct on the part of any other resident or the

3

residents of other resident's agents, guests, licensees, invitees, sublessees, assignees or successors; or attributable to any interference with interruption of or failure beyond the control of the owner or any services to be furnished or supplied by the owner.

7.11  All residents of Richland Meadows are required to carry Homeowners Insurance and are required to provide Richland Meadows as an additional insured with a certificate of insurance as proof of such insurance and on an annual basis. Resident update must be provided on an annual basis as well.

7.12  External T.V. or any other antennas will not be permitted in Richland Meadows.

7.13  Only wooden storage sheds are permitted; however, they must be prefabricated (not home made). The maximum permissible size is 10' X 10' X 8' High. Only one shed per home is permitted. No metal sheds are permitted. Sheds are to be used for storage of patio furniture and must be painted and well maintained. Installation of a new shed must be approved by the office. Patios must not be used for storage. No other wooden storage structures are permitted in Richland Meadows. This includes dog houses.

7.14  All homes must have and store all garbage in two trash receptacles of at least 20-gallon capacity per receptacle. The receptacle must be stored behind the home or in a storage shed if one is available. No plastic bags are permitted for storage of garbage. This is a Township Ordinance and must be complied with. If you have large items, you would like picked up, please contact the office and we will give you the phone number of our trash collector and for a small fee to you they will pick it up.

7.15  All homes entering Richland Meadows must be skirted immediately. All enclosures must be equipped with access panel where utilities are located beneath the home. All skirting must be approved by management. Skirting must be kept clean, well painted, and physically maintained at all times.

7.16  Water and sewer lines must be wrapped from October 15 to April 15 to protect from freezing. Any damage resulting from frozen pipes, clogged sewers, damage to water, electric, oil or telephone lines will be repaired at the expense of the resident.

7.17  Only umbrella type clotheslines will be permitted and must be placed at designated areas by management.

7.18  We have a sewage disposal system. Please DO NOT dispose sanitary napkins, disposable wipes, diapers, plastic, aluminum foil, cooking grease, or similar non-sewage material into the sink or toilets. Please dispose of the above mentioned in your trash receptacle.

7.19  With respect to any home which is left abandoned in this community for a period of thirty (30) days, or more, management may enter the home, secure any loose or movable appliances, furnishings, materials, or supplies and move the home to a storage area or other location. The management will have no responsibility for safeguarding the home or it's contents. All homes must be connected to utilities; if utilities are turned off home will be considered abandoned.

7.20  Residents must pay all real estate taxes assessed and levied against the home and upon request by the management, must furnish proof of payment. Residents must notify management as soon as possible when they are planning to move from Richland Meadows. A minimum of sixty days notice is required. The home may not be removed from Richland Meadows unless all rent, fees, charges, or assessments are paid to the end of the term. The management may prevent the removal of a home to enforce this rule. Residents are advised that prior to moving a home from Richland Meadows, a removal permit must be obtained from the Richland Township Tax Collector. This removal permit must be shown to management before commencing removal of the unit.

7.21  Any resident who is hereafter convicted of a felony, whether the felony is committed in or outside the community, shall be subject to eviction.

7.22  Children's swing sets, also swings tied to trees are not allowed. Large plastic toys, trampolines, skateboards, basketball hoops and pools are not allowed.

7.23  Homes and storage sheds shall be kept clean, well painted, and physically always maintained in good condition.

7.24  No additions shall be made to the home, decks, sheds, lot, or driveway without the prior written consent of management. In no event will an addition, which is permanently affixed to the ground, be permitted. Any work approved by management will be done in a professional manner and abide by any state and local building code laws.

7.25  Outside contractors must check with management prior to doing work and provide proof of insurance.

7.26  Any broken glass and/or window on a home must immediately be replaced and in any event must be replaced within seven days.

7.27  All residents are required to have or applied for a certificate of title from the state for their home and a copy be submitted at closing.

7.28  Storage of personal property in the space beneath the home is not permitted by the health and safety department.

7.29  Outdoor patio furniture and propane or charcoal grills shall be permitted on the patios or outside the home only. Patios and porches are not to be used for storage. No storage of any personal property will be permitted on the lot. All items must be stored in your shed or in the home. No excessive lawn or garden ornaments on the lot will be permitted. Excessive or overly bright lighting on the lot or home that is a nuisance to others will not be permitted.

7.30  Bicycles operated within the community will obey posted traffic signs.

7.31  Erection of tents is prohibited.

7.32  Use of hoses is permitted to water gardens or plants, to power wash your home, shed or carport only. Use of sprinklers is prohibited. Use of water to wash vehicles is prohibited.

7.33  Soliciting is not permitted in Richland Meadows.

7.34  Wood burning stoves are permitted as an accessory heating source only. Residents may only store one cord of wood at a time on the lot. Wood storage is not permitted between April 1st and November 1st of each year. Wood must be stored in a firewood rack not exceeding 5'x3.5'x5' and made of wood. Firewood racks must be located a minimum of three feet away from the home and stored a minimum of 3" off the ground. Firewood racks must be placed on a stone base of at least 3" or patio pavers. Location of firewood rack must be approved by management.

7.35  Each resident and their guests shall conduct themselves in a manner in which will not disturb the peaceful enjoyment of the community by neighbors or other community occupants. Any offensive noise, (such as music, or vehicles) which disturbs the peace and enjoyment of the community residents, may result in a ban or restriction on the source of the disturbance, including eviction of the resident and/or his guests. Residents shall personally refrain from and forbid any other person on the premises from intentionally or negligently destroying, defacing, damaging, or removing any fixture, appliance or other part of the community premises. Excessive use of intoxicating substances, (such as alcohol or illegal drugs) use of racist, abusive or vile language; speeding, indecency or disorderly conduct will not be tolerated anywhere in the community by residents, their families, and guests. Threatening images, slogans, profanity or depictions of weapons will not be permitted to be displayed either on a home, lot or vehicle in a place or manner viewable to the public within the Community. Richland Meadows is private property and these rules are set forth to maintain a peaceful community for the residents. Guest and occupants are held to the same standard of conduct as are residents approved for the community.

7.36  Please identify your home with your lot number. This is necessary in case of an emergency. Post numbers anywhere near front door or on the home where it will be easily seen from the road.

7.37  The home owner is responsible for the maintenance of the appropriate and customary connection from the manufactured home to the water main or the main sewer line.

## Section 8. LAWNS

8.1  Anything planted in the ground on the manufactured home lot, whether such planting is accomplished by the management or by the residents shall be considered the property of management. Residents moving from the community will not be permitted to remove trees, bushes, or other shrubbery from their lot.

8.2 To avoid damage to underground utility service, no digging in the ground, planting of shrubbery, installations of posts, or expanding of driveways will be permitted without prior written permission from the management.

8.3 Lawns & weeds must be cut and trimmed at all times to a height of three inches. All gardens must be maintained and keep cleared of weeds. If this regulation is not observed, the management may accomplish the cutting and bill the resident concerned.

**Section 9. PETS**

9.1 Pets must be approved by management and such pets must be registered at the Richland Meadows office. Richland Meadows strictly prohibits the following breeds: ALL Pitbull, American Staffordshire Terriers, Doberman Pinschers, Chow-Chows, Rottweilers, and Wolf-Hybrids including mixed breeds. In addition, ALL dogs will be restricted to ONLY those under 30 pounds at maturity and any dog with a prior bite incident will be strictly prohibited regardless of the situation. All pets must be up to date with their inoculations. Pets currently in Richland Meadows over 30 pounds at maturity will be grandfathered as of this date. It is a township law that pets cannot run free. This includes cats, all cats must be kept indoors, unless leash trained and be neutered or spayed. It is also a township law that pets must be inoculated. Dogs must have a license. Animals must be walked in a proper area and yards must be kept clean. All pets shall be kept within the house. No outside structures will be allowed for pets. One pet per home. Disciplinary action will be taken for violations of these pet rules. Service/Assistance animals or Emotional Support animals may be approved on a case-by-case basis with acceptable documentation. Please call the office if you have any questions regarding the pet regulation.

9.2 At no time are residents permitted to feed any stray or wild animals, especially cats. If it is determined that a resident is feeding stray or wild animals, this will result in a violation and eviction will be pursued.

**Section 10. TRAFFIC AND VEHICLES**

10.1 The posted speed limit is 10 MPH in Richland Meadows. Violations of any provision of the Pennsylvania Motor Vehicle Code within the community shall constitute a violation of these regulations. Fast and reckless driving is prohibited in the community and the speed limit must be observed at all times. Residents shall be responsible for guest's violations of the above restrictions.

10.2 Vehicle repairs of any type is prohibited. This includes oil change.

10.3 Operation of nonconventional vehicles or nonregistered vehicles, such as minibikes, dune buggies, snowmobiles, skateboards, and go-karts, within the community is prohibited.

10.4 No person will be allowed to operate a motor vehicle without an operators' license in the community.

7

### Section 11. PARKING

11.1   Richland Meadows provides two (2) off street parking spaces per home. Parking of motor vehicles on the street or lawns will not be permitted. Vehicles must always be parked in the parking spaces provided at each homesite. Guest automobiles shall be parked in the spaces provided- ask office personnel for directions to such areas.

11.2   Parking of immobilized or disabled vehicles is not permitted on the premises. There will be a $5.00 per day charge for parking of immobilized or disabled vehicles on premises.

11.3   Any vehicle parked or stored within the community must have a Pennsylvania license plate, current Pennsylvania inspection sticker and an owner's registration card or the equivalent of these from the state in which the vehicle is registered.

11.4   Overnight parking of commercial vehicles is prohibited, except under written authorization from the management.

11.5   Parking and storage of boats, boat trailers, travel trailers, tent campers, pickup camper bodies, snowmobiles or trailers and other recreational vehicles will not be permitted.

### Section 12. MISCELLANEOUS

12.1   The management reserves the right to make additions or changes to the regulations when necessary. Residents will be advised of changes in the regulations at least 30 days in advance thereof. The management does not want to evict anyone from this community; however, any violations of these regulations may make eviction necessary. Your suggestions and comments are always welcome and encouraged. We reserve the right to enter any lot (not the home) at any time. Please help us maintain a high standard of living, for this is our constant goal.

12.2   All charges including reasonable attorney's fees connected with eviction proceedings will be the responsibility of the resident being evicted. There will be a charge of $100.00 administrative fee for judicial evictions. A $15.00 fee will be charged for each certified letter written due to rule or rent violations or any similar violations.

12.3   Richland Meadows mail is delivered by the post office to the designated location. There is a $15.00 fee for a locked mailbox. The $15.00 fee will be returned to you when you return the key.

Your correct mailing address is:
*Your name*
*Lot #   Richland Meadows*
*232 Yankee Road*
*Quakertown, PA  18951*

If you find a silver plate with a key in your mailbox, go to the box number on the bottom of the plate and open it. Take your package and return the key to your mailbox. The postal employee will pick it up.

12.4  Residents update must be filled out and returned to management upon request.   .

### Section 13. SPECIAL EXCEPTIONS

13.1  Community Management reserves the exclusive, unrestricted right to grant special exceptions to these Guidelines for Community Living when, in the exclusive opinion of Community Management, special circumstances warrant the granting of exceptions or waiver of a particular provision as it applies to a particular resident or residents; so long as such exception or waiver does not interfere with the general welfare, health and safety of the other residents of the Community. For example, variances to these Guidelines for Living may be granted by the Community Manager due to space limitations, design considerations, in cases where the intent of a Rule or Regulation is met but not the specific requirement, or in such other circumstances where the exception will not disturb the quiet enjoyment of the Community by other residents, or when the basis for the variance is deemed sufficient in the discretion of Community Management.

THANK YOU,
RICHLAND MEADOWS